IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY ENSOR, by and through her father and next friend, RAYMOND ENSOR, | ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3110 |
| v. | ) ) ) | |
| TECUMSEH PUBLIC SCHOOLS, a Political Subdivision; RANDALL H. MARYMEE, Superintendent, Individually, and in his Official Capacity; RICHARD E. LESTER, Principal, Individually, and in his Official Capacity, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 6, 2005, file their Report of Parties' Planning Conference.

DATED       May 17, 2005

/s/ David L. Piester
United States Magistrate Judge