## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY ENSOR, by and through her father and next friend, RAYMOND ENSOR,<br><br>Plaintiffs,<br><br>v.<br><br>TECUMSEH PUBLIC SCHOOLS, a Political Subdivision; RANDALL H. MARYMEE, Superintendent, Individually, and in his Official Capacity; RICHARD E. LESTER, Principal, Individually, and in his Official capacity,<br><br>Defendants. | Case No. 4:05CV3110<br><br>**REASSIGNMENT ORDER** |

A request has been made for random reassignment of this case to a District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

Dated this 17th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, United States District Court