IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMY ENSOR, by and through** | ) | **Case No. 4:05 CV 3110** |
| **her father and next friend,** | ) | |
| **Raymond Ensor,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **TECUMSEH PUBLIC SCHOOLS,** | ) | |
| **a Political Subdivision;** | ) | |
| **RANDALL H. MARYMEE,** | ) | |
| **Superintendent, Individually, and** | ) | |
| **in his Official Capacity;** | ) | |
| **RICHARD E. LESTER, Principal,** | ) | |
| **Individually, and in his Official Capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

IT IS ORDERED that the Plaintiff's Motion for Enlargement of Time (filing 17) is granted, and the deadline for the Plaintiff to file her response to Defendants' Motion to Dismiss and to Strike (filing 15) is extended to August 18, 2005.

DATED this 18th day of July, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge