## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY ENSOR, by and through her father and legal guardian, Raymond Ensor, | ) ) ) ) | Case No. 4:05 CV 3110 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| TECUMSEH PUBLIC SCHOOLS, a Political Subdivision; also known as School District No. 49-0032; RANDALL H. MARYMEE, Superintendent, Individually; RICHARD E. LESTER, Principal, Individually, REBECCA KLING, Individually, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

This matter is before the court upon Plaintiff's Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss and to Strike (Filing #25) and corresponding Brief (Filing #26). I find that good cause has been shown and that the Motion should be granted.

IT IS ORDERED that the Plaintiff's Motion for Enlargement of Time (Filing #27) is granted and the deadline for the Plaintiff to file her response is extended to October 26, 2005.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge