IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMY ENSOR, by and through** | ) | **Case No. 4:05 CV 3110** |
| **her father and legal guardian,** | ) | |
| **Raymond Ensor,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **TECUMSEH PUBLIC SCHOOLS,** | ) | |
| **a Political Subdivision; also known** | ) | |
| **as School District No. 49-0032;** | ) | |
| **RANDALL H. MARYMEE,** | ) | |
| **Superintendent, Individually;** | ) | |
| **RICHARD E. LESTER, Principal,** | ) | |
| **Individually, REBECCA KLING,** | ) | |
| **Individually,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the court upon Plaintiff's Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss and to Strike (Filing #25) and corresponding Brief (Filing #26). I find that good cause has been shown and that the Motion should be granted.

IT IS ORDERED that the Plaintiff's Motion for Enlargement of Time (Filing #30) is granted and the deadline for the Plaintiff to file her response is extended to November 25, 2005.

DATED this 21st day of October, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge