IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY ENSOR, by and through her father and legal guardian, RAYMOND ENSOR, | ) ) ) | 4:05CV3110 |
| Plaintiff, | ) | **ORDER** |
| vs. | ) ) | |
| TECUMSEH PUBLIC SCHOOLS, et al., | ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 33) is granted, as follows:

Paragraph (1) of the court's previous memorandum and order (filing 32) is hereby modified to provide that the parties shall have until February 6, 2006, to file a joint stipulation for dismissal. In all other respects such order remains unchanged.

December 19, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge