IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY ENSOR, by and through her father and legal guardian, RAYMOND ENSOR, | ) ) ) | 4:05V3110 |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| TECUMSEH PUBLIC SCHOOLS, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 35) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

January 11, 2006.                             BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge